UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS R. VALENT | Case No. 3:26-CR-50-CCB-SJF |

**AMENDED ORDER**

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed June 9, 2026. (ECF 7). Defendant Nicholas R. Valent pleaded guilty to Count 1 in the Information charging him with unlawful possession of a stolen firearm in violation of 18 U.S.C. § 922(j)[1]. No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to Count 1 in the Information is hereby accepted, and the defendant is adjudged guilty of Count 1.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party

[1] This Amended Order corrects a scrivener's error in the original Order (ECF 11).

expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on September 15, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT